[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-10874
Non-Argument Calendar

_____

D.C. Docket No. 4:13-cr-00076-RH-CAS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE GALDAMEZ,
a.k.a. Jaime Gutierrez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(February 3, 2015)

Before TJOFLAT, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Chet Kaufman, counsel for Jose Galdamez, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED**, and Galdamez's conviction and sentence are **AFFIRMED.**